UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CALIFORNIA, COLORADO, CONNECTICUT, ILLINOIS, MAINE, MARYLAND, MINNESOTA, NEW JERSEY, OREGON, VERMONT, and WASHINGTON, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF MICHIGAN, DISTRICT OF COLUMBIA, CITY OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, and STATES OF NEVADA and NEW MEXICO,<br><br>*Plaintiffs,*<br><br>and<br><br>ASSOCIATION OF HOME APPLIANCE MANUFACTURERS, and AIR-CONDITIONING, HEATING & REFRIGERATION INSTITUTE,<br><br>*Plaintiff-Intervenors,*<br><br>v.<br><br>JENNIFER M. GRANHOLM, as SECRETARY OF THE UNITED STATES DEPARTMENT OF ENERGY, and UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants* | CIVIL ACTION No.: 20-cv-09362<br><br>**STIPULATION AND ORDER  PERMITTING ASSOCIATION OF HOME APPLIANCE MANUFACTURERS and AIR-CONDITIONING, HEATING AND REFRIGERATION INSTITUTE TO INTERVENE**<br><br> |

WHEREAS, Association of Home Appliance Manufacturers ("AHAM") and Air-Conditioning, Heating & Refrigeration Institute ("AHRI") (collectively "Plaintiff-Intervenors") have filed a motion to intervene as Plaintiffs in this action; and

WHEREAS, Plaintiffs and Defendants consent to intervention by Plaintiff-Intervenors for limited purposes, as set forth herein;

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs, for Defendants, and for Plaintiff-Intervenors, as follows:

1. Plaintiffs and Defendants consent to intervention in this action by Plaintiff-Intervenors, subject to the terms stated below.

2. If the Court grants the request of Plaintiff-Intervenors to intervene based on the terms of this Stipulation and Proposed Order, the following limitations shall apply:

   (a) Plaintiff-Intervenors shall file their Complaint in Intervention within seven (7) days after entry by the Court of an Order granting their request to intervene;

   (b) Plaintiffs and Plaintiff-Intervenors shall not assert any cross-claim(s) against the other and shall not seek an award of attorneys' fees from the other;

   (c) Plaintiff-Intervenors shall not seek an award of attorneys' fees from any Defendant, or any substitute Defendant;

   (d) Plaintiff-Intervenors shall not take a position contrary to Plaintiffs' allegations in the Complaint filed on October 30, 2020, that the Department of Energy has missed statutory deadlines under the Energy Policy and Conservation Act;

   (e) Plaintiff-Intervenors shall not oppose a motion to hold this action in abeyance for purposes of negotiation of possible settlement of this action, provided (a) the motion does not impose obligations on Plaintiff-Intervenors; and (b) the motion does not propose any timeline for any rulemaking; and

   (f) Plaintiff-Intervenors shall not take a position on the timing of when Plaintiffs may file a motion for summary judgment (but Plaintiff-Intervenors may seek reasonable accommodations regarding their briefing of any motions).

3. Plaintiff-Intervenors shall have the right to participate fully in the briefing of, or any hearing with respect to, the potential remedy that the Court should impose.

4. Nothing in this stipulation creates a right for any Plaintiff or Plaintiff-Intervenor to participate in settlement negotiations between Defendants and any other party. If any Plaintiff and Defendant reach agreement on terms of any settlement and/or consent decree (collectively, a "Settlement") that involves a court order, Plaintiffs shall provide to Plaintiff-Intervenors a copy of such proposed Settlement at least ten (10) days before the proposed settlement is filed with the Court or otherwise presented to the Court for approval.  After that ten-day period, Plaintiffs and Defendants may seek the Court's approval of such Settlement. Unless Plaintiff-Intervenors have consented in writing to such Settlement, Plaintiff-Intervenors may file a brief regarding the Settlement within ten (10) days after it has been filed with the Court and may participate in any hearing regarding approval or entry of the Settlement. Plaintiff-Intervenors shall treat any proposed Settlement received under this paragraph as confidential until it has been filed with the Court; provided, however, that Plaintiff-Intervenors shall be permitted to disclose the terms of the Settlement to, and discuss those terms with, Plaintiff-Intervenors' members that may be affected by the Settlement.

5. If, after any Settlement has been entered as an order of the Court, there is any negotiated amended Settlement, Paragraph 4 above shall apply to any such amended Settlement.

6. A Court-approved Settlement or combination of Settlements that resolves all claims of Plaintiffs in this action shall also be deemed to resolve any claims of Plaintiff-Intervenors asserted in their Complaint in Intervention.

7. By entering into this Stipulation, no party waives any defense they may have, including any argument as to any other party's constitutional, statutory, or prudential standing.

Dated: New York, New York
       March 16, 2021

**SO STIPULATED:**

| | |
|---|---|
| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF COLORADO |
| LETITIA JAMES<br>Attorney General | PHILIP J. WEISER<br>Attorney General |
| */s/ Lisa S. Kwong (with permission)*<br>LISA S. KWONG (LK3183)<br>TIMOTHY HOFFMAN (TH1955)<br>Assistant Attorneys General<br>New York State Department of Law<br>The Capitol<br>Albany, New York 12224<br>Tel: 518-776-2422<br>Email: Lisa.Kwong@ag.ny.gov<br>Email: Timothy.Hoffman@ag.ny.gov | */s/ Eric R. Olson (with permission)*<br>ERIC R. OLSON<br>Solicitor General<br>Office of the Attorney General<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Tel: (720) 508-6562<br>Email: eric.olson@coag.gov |
| FOR PLANTIFF STATE OF CALIFORNIA | FOR PLAINTIFF STATE OF CONNECTICUT |
| XAVIER BECERRA<br>Attorney General<br>DAVID ZONANA<br>Supervising Deputy Attorney General | WILLIAM TONG<br>Attorney General |
| */s/ Somerset Perry (with permission)*<br>SOMERSET PERRY<br>JAMIE JEFFERSON<br>ANTHONY AUSTIN<br>Deputy Attorneys General<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Tel: (510) 879-0852<br>Email: Somerset.Perry@doj.ca.gov<br>Email: Jamie.Jefferson@doj.ca.gov<br>Email: Anthony.Austin@doj.ca.gov | */s/ Robert Snook (with permission)*<br>ROBERT SNOOK<br>MATTHEW I. LEVINE<br>Assistant Attorneys General<br>State of Connecticut<br>Office of the Attorney General<br>P.O. Box 120, 55 Elm Street<br>Hartford, CT 0614-0120<br>Tel: (860) 808-5250<br>Email: Robert.Snook@ct.gov |

FOR PLAINTIFF DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

*/s/ Brian Caldwell (with permission)*
BRIAN CALDWELL
Assistant Attorney General
Social Justice Section
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, DC  20001
Tel: (202) 445-1952 (mobile)
Email: brian.caldwell@dc.gov

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Jason E. James (with permission)*
JASON E. JAMES*
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Div.
Office of the Attorney General
Environmental Bureau
69 W. Washington St., 18th Floor
Chicago, IL  60602
Tel: (312) 814-0660
Email: jjames@atg.state.il.us
*admission *pro hac vice* pending

FOR PLAINTIF STATE OF MAINE

AARON M. FREY
Attorney General of Maine

*/s/ Jonathan R. Bolton (with permission)*
JONATHAN R. BOLTON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
Tel: (207) 626-8800
Email: jonathan.bolton@maine.gov

FOR PLAINTIFF STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

*/s/ Steven J. Goldstein  (with permission)*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD  21202
Tel: (410) 576-6414
Email: sgoldstein@oag.state.md.us

4

| | |
|---|---|
| FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS<br><br>MAURA HEALEY<br>Attorney General<br><br>*/s/ I. Andrew Goldberg (with permission)*<br>I. ANDREW GOLDBERG<br>Assistant Attorney General<br>Environmental Protection Division<br>ASHLEY GAGNON<br>Assistant Attorney General<br>Energy and Telecommunications Division<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Tel: (617) 963-2429<br>Email: andy.goldberg@mass.gov<br><br><br>FOR PLAINTIFF STATE OF MICHIGAN<br><br>DANA NESSEL<br>Attorney General<br><br>*/s/ Elizabeth R. Husa Briggs (with permission)*<br>ELIZABETH R. HUSA BRIGGS<br>Assistant Attorney General<br>Health, Education & Family Services Division<br>Michigan Department of Attorney General<br>P.O. Box 30758<br>Lansing, MI 48909<br>Tel: (517) 335-7603<br>Fax: (517) 335-1152<br>Email: BriggsE1@michigan.gov | FOR PLAINTIFF STATE OF MINNESOTA<br><br>KEITH ELLISON<br>Attorney General<br><br>*/s/ Leigh Currie (with permission)*<br>LEIGH CURRIE*<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101<br>Tel: (651) 757-1291<br>Email: leigh.currie@ag.state.mn.us<br>*admitted *pro hac vice*<br><br><br>FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA<br><br>JOSH SHAPIRO<br>Attorney General<br><br>*/s/ Aimee D. Thomson (with permission)*<br>AIMEE D. THOMSON<br>Deputy Attorney General<br>Ann Johnston<br>Senior Deputy Attorney General<br>Impact Litigation Section<br>Pennsylvania Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Tel: (267) 374-2787<br>Email: athomson@attorneygeneral.gov<br>           ajohnston@attorneygeneral.gov |

| | |
|---|---|
| FOR PLAINTIFF STATE OF NEVADA | FOR PLAINTIFF STATE OF OREGON |
| AARON D. FORD<br>Attorney General | ELLEN F. ROSENBLUM<br>Attorney General |

*/s/ Heidi Parry Stern (with permission)*
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3594
Email: HStern@ag.nv.gov

*/s/ Paul A. Garrahan (with permission)*
PAUL A. GARRAHAN
Attorney-in-Charge
Steve Novick
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Tel: (503) 947-4593
Email: Paul.Garrahan@doj.state.or.us
Email: Steve.Novick@doj.state.or.us

FOR PLAINTIFF STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

FOR PLAINTIFF STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*/s/ Gwen Farley (with permission)*
GWEN FARLEY
Deputy Attorney General
25 Market Street, P.O. Box 093
Trenton, NJ 08625-0093
Tel: (609) 376-2761
Email: gwen.farley@law.njoag.gov

*/s/ Benjamin D. Battles (with permission)*
BENJAMIN D. BATTLES
Solicitor General
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05609
Tel: (802) 828-5944
Email: Benjamin.battles@vermont.gov

FOR PLAINTIFF STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General

*/s/ William Grantham (with permission)*
WILLIAM GRANTHAM
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
Tel: (505) 717-3520
Email: wgrantham@nmag.gov

| | |
|---|---|
| FOR PLAINTIFF STATE OF WASHINGTON | FOR PLAINTIFF CITY OF NEW YORK |
| ROBERT W. FERGUSON<br>Attorney General | JAMES E. JOHNSON<br>Corporation Counsel |
| */s/ Stephen Scheele (with permission)*<br>STEPHEN SCHEELE<br>Assistant Attorney General<br>Washington State Office of Attorney General<br>P.O. Box 40109<br>Olympia, WA 98504<br>Tel: (360) 586-4900<br>Email: Steve.Scheele@atg.wa.gov | */s/ Hilary Meltzer (with permission)*<br>HILARY MELTZER<br>Chief, Environmental Law Division<br>SHIVA PRAKASH<br>Assistant Corporation Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Tel: (212) 356-2070<br>Email: hmeltzer@law.nyc.gov |
| FOR PLAINTIFF-INTERVENORS | FOR DEFENDANTS |
| /s/ Kevin N. Ainsworth<br>Kevin N. Ainsworth<br>Evelyn A. French<br>(admission *pro hac vice* forthcoming)<br>Chrysler Center – 666 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 692-6745<br>Email: kainsworth@mintz.com | AUDREY STRAUSS<br>United States Attorney<br><br>By: s/ Talia Kraemer (with permission)<br>TALIA KRAEMER<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2822<br>Facsimile: (212) 637-2702<br>Email: talia.kraemer@usdoj.gov |

**SO ORDERED:**

<u>  March 23                  </u>, 2021

_____
ALISON J. NATHAN
United States District Judge

7

109628924v.1