# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATES OF NEW YORK, CALIFORNIA, COLORADO, CONNECTICUT, ILLINOIS, MAINE, MARYLAND, MINNESOTA, NEW JERSEY, OREGON, VERMONT, and WASHINGTON, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF MICHIGAN, DISTRICT OF COLUMBIA, CITY OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, and STATES OF NEVADA and NEW MEXICO,

*Plaintiffs,*

*and*

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS, and AIR-CONDITIONING, HEATING & REFRIGERATION INSTITUTE,

*Plaintiff-Intervenors,*

v.

JENNIFER M. GRANHOLM, as SECRETARY OF THE UNITED STATES DEPARTMENT OF ENERGY, and UNITED STATES DEPARTMENT OF ENERGY,

*Defendants*

CIVIL ACTION No.: 20-cv-09362



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/21

## ORDER PERMITTING SUBSTITUTION OF ATTORNEY

In accordance with the foregoing written substitution of attorney;

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.4, Neil Giovanatti (P82305),

Assistant Attorney General for the State of Michigan, is hereby substituted as counsel for

Elizabeth R. Husa (P73907), representing the People of the State of Michigan in the above cause of action.

**IT SO ORDERED:**

August 18, 2021

ALISON J. NATHAN
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, CALIFORNIA, COLORADO, CONNECTICUT, ILLINOIS, MAINE, MARYLAND, MINNESOTA, NEW JERSEY, OREGON, VERMONT, and WASHINGTON, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF MICHIGAN, DISTRICT OF COLUMBIA, CITY OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, and STATES OF NEVADA and NEW MEXICO, | CIVIL ACTION No.: 20-cv-09362 |

*Plaintiffs,*

*and*

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS, and AIR-
CONDITIONING, HEATING &
REFRIGERATION INSTITUTE,

*Plaintiff-Intervenors,*

v.

JENNIFER M. GRANHOLM, as SECRETARY
OF THE UNITED STATES DEPARTMENT OF
ENERGY, and UNITED STATES
DEPARTMENT OF ENERGY,

*Defendants*

**SUBSTITUTION OF ATTORNEY
AND ORDER  PERMITTING
SUBSTITUTION OF ATTORNEY**

**SUBSTITUTION OF ATTORNEY**

TO:    CLERK OF THE COURT

PLEASE TAKE NOTICE that Neil Giovanatti (P82305), Assistant Attorney General for

the State of Michigan, has this day been substituted in this above captioned action in place and

stead of Elizabeth R. Husa (P73907), as attorney for the People of the State of Michigan.  I also

1

request withdrawal of Elizabeth R. Husa (P73907), who is no longer an Assistant Attorney

General for the State of Michigan, from this case.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Neil Giovanatti*
Neil Giovanatti (P82305)
Assistant Attorney General
Attorney for People of the State of Michigan
Michigan Department of Attorney General
Health, Education, & Family Services
Division
P. O. Box 30758
Lansing MI 48909
(517) 335-7603
giovanattin@michigan.gov

Dated:  August 16, 2021