UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                              Plaintiffs,<br>                v.<br><br>JENNIFER GRANHOLM, *in her official capacity as Secretary of the U.S. Department of Energy*, *et al.*,<br>                              Defendants. | No. 1:20-cv-09362 (JMF) |

**~~PROPOSED~~ ORDER**

In accordance with the foregoing notice of substitution of counsel;

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.4, Ann R. Johnston, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, is hereby substituted as counsel for Aimee D. Thomson, representing Plaintiff the Commonwealth of Pennsylvania in the above-captioned matter.

DATED: August 8, 2022

SO ORDERED

_____
HON. JESSE M. FURMAN
United States District Judge